IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAFAEL ARDEN JONES                                    PLAINTIFF

    v.                       Civil No. 05-5212

DENNY HYSLIP, TERRY JONES,
and WILLIAM A. STOREY                        DEFENDANTS

## ORDER

      Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

      Plaintiff's in forma pauperis application has been returned without filing for completion of page two and certification regarding any inmate funds being held in his name. Plaintiff is given up to and including January 30, 2006, in which to complete page two, sign and date the application, have the appropriate officer complete the certification, and return the application to this court for review and filing. **Should plaintiff fail to return the application within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.**

      IT IS SO ORDERED this 29th day of December 2005.

                                               /s/ Beverly Stites Jones
                                               HON. BEVERLY STITES JONES
                                               UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 3 0 2005

CHRIS R. JOHNSON, CLERK
BY
                          DEPUTY CLERK

AO 72A
(Rev. 8/82)