IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAFAEL ARDEN JONES                                            PLAINTIFF

           v.                     Civil No. 05-5212

DENNY HYSLIP, TERRY JONES,
and WILLIAM A. STOREY                                   DEFENDANTS

## **O R D E R**

Plaintiff's complaint was filed in this case on December 30, 2005. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Rafael Arden Jones, complete and sign the attached addendum to his complaint, and return the same to the court **by May 19, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by May 19, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 28th day of April 2006.

                                                                      **/s/ Beverly Stites Jones**
                                                                      _____
                                                                      HON. BEVERLY STITES JONES
                                                                      UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAFAEL ARDEN JONES                                               PLAINTIFF

             v.                      Civil No. 05-5212

DENNY HYSLIP, TERRY JONES,
and WILLIAM A. STOREY                                    DEFENDANTS

**ADDENDUM TO COMPLAINT**

TO: RAFAEL ARDEN JONES

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and return this entire form (including this first page) back to the court **by May 19, 2006**. Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

RESPONSE

      In your complaint, you allege that Hyslip, Jones, and Storey are guilty of fraud, conspiracy, racketeering, and legal malpractice. You claim that the three defendants are "illegally prosecuting court cases with false paper work." and are denying defendants preliminary hearings. You claim that all three are violating rights to due process.

1. Is defendant Denny Hyslip your attorney or public defender? If not, who is he?

_____

_____

_____


2. Are you bringing this claim against Hyslip for his actions as your attorney or public defender?

Answer: Yes_____ No_____

If you answered no, then explain what Hyslip did that violated your federal constitutional rights?

_____

_____

_____

_____

_____


3. Are you bringing this claim against Terry Jones for actions he committed in his official role as a prosecutor?

Answer: Yes_____ No_____

If you answered no, explain what actions Terry Jones did that were not in his official role as a prosecutor but that violated your federal constitutional rights.

_____

_____

_____

_____

_____

4. Are you bringing this claim against Judge William A. Storey for actions he took in his official capacity as a judge?

Answer: Yes_____ No_____

If you answered no, then explain what actions Judge Storey took that were not in his official role as a judge that violated your federal constitutional rights.

_____

_____

_____

_____

_____

5. What do you mean by fraud? Explain what fraud was committed.

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

6. What do you mean by conspiracy? Explain what conspiracy was committed.

_____

_____

_____

_____

_____

7. What do you mean by racketeering? Explain what racketeering was committed.

_____

_____

_____

_____

_____

8. What do you mean by legal malpractice? Explain what legal malpractice was committed.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

9. What do you mean by "prosecuting with false paperwork"? Explain how this harmed you.

_____

_____

_____

_____

_____

10. What do you mean by denying a preliminary hearing? If you were denied a preliminary hearing, explain how this happened.

_____

_____

_____

_____

_____

11. What do you mean by knowingly violating due process?

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

12. What process was denied to you and how did this harm you?

_____

_____

_____

_____

_____

13. Why were you detained at the Washington County Detention Center?

_____

_____

_____

14. What were your dates of detention at the WCDC?

_____

_____

_____

15. Were you ever convicted of or pled guilty to a crime?

Answer: Yes_____ No_____

If you answered yes, then state what that crime was, when you were convicted, and what your sentence was.

If you answered no, then explain what happened to the charges you were facing while

AO72A
(Rev. 8/82)

detained at the WCDC.

_____

_____

_____

_____

_____


    I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

    _____
    RAFAEL ARDEN JONES

    _____
    DATE

-7-

AO72A
(Rev. 8/82)